AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

MIS Training Institute LLC

## SUMMONS IN A CIVIL CASE

V.

Interpact, Inc.

CASE NUMBER:

## 04   10538 RGS

TO: (Name and address of Defendant)

Interpact, Inc.
11511 Pine St.
Seminole, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. Bertsche
Jeffrey A. Dretler
Prince, Lobel, Glovsky & Tye LLP
585 Commercial St.
Boston, MA  02109
(617) 456-8000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

3-17-04

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/17/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John T Schultz | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Winn Schwartau as President 11511 Pine St. Seminole, Fl.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/17/04
                     Date

_____
Signature of Server

_____              on File
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## District of MASSACHUSETTS

Case Number: 04 10538 RGS

Plaintiff:
**MIS TRAINING INSTITUTE LLC**
vs.
Defendant:
**INTERPACT, INC.**

For:
Jeffrey Dretler
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial St.
Boston, MA 02109

Received by KEPLINGER PROCESS SERVICE on the 17th day of March, 2004 at 3:01 pm to be served on
**INTERPACT, INC., 11511 PINE STREET., SEMINOLE, FL..**

I, JOHN T. SHULTZ, being duly sworn, depose and say that on the **17th day of March, 2004** at **7:00 pm, I:**

Served the within named CORPORATION by delivering a true copy of the **SUMMONS, COMPLAINT AND JURY CLAIM WITH EXHIBITS** with the date and hour of service endorsed thereon by me to WINN SCHWARTAU as PRESIDENT of the within named CORPORATION, in compliance with FL. Statute 48.081(1)2)(3)(5).

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Pursuant to Florida Statute 92.525, and under penalty of perjury, I declare that the facts set forth in the foregoing return of service are true and correct _3-17-04_.

Subscribed and Sworn to before me on the 18th day of
March, 2004 by the affiant who is personally known to
me.

_Dianna L Buchner_

NOTARY PUBLIC

**JOHN T. SHULTZ**
APS#19948

**KEPLINGER PROCESS SERVICE**
6155 - 97th Terrace N.
Pinellas Park, FL 33782
(727) 545-2008

Our Job Serial Number: 2004000970

**Dianna L. Buchner**
Commission # DD269820
Expires November 24, 2007
Bonded Troy Fain - Insurance, Inc. 800-365-7019

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f