UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIS TRAINING INSTITUTE LLC, : | |
|         Plaintiff, : | |
| v. : | Civil Action No. 04-10538-RGS |
| INTERPACT, INC., : | |
|         Defendant. : | |

**NOTICE OF APPEARANCE ON BEHALF OF
<u>DEFENDANT INERPACT, INC.</u>**

To the Clerk of Court:

Please enter the appearance of the undersigned as counsel in this case on behalf of Defendant Interpact, Inc.

Respectfully submitted,

Dated: May 4, 2004

*/s/ Jason W. Morgan/*

Jason W. Morgan (BBO #633802)
Drohan, Hughes, Hoffman & Tocchio, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043
(781) 749-7200

**<u>CERTIFICATE OF SERVICE</u>**

I, Jason W. Morgan, hereby certify that on May, 4, 2004, I served a true and correct copy of the foregoing, by first class mail, to counsel for Plaintiff, Robert A. Bertsche, Esq., Prince, Lobel, Glovsky & Tye LLP, 585 Commercial Street, Boston, MA 02109.

*/s/ Jason W. Morgan/*
Jason W. Morgan