UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIS TRAINING INSTITUTE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTERPACT, INC.,<br><br>    Defendant. | Civil Action No. 04-10538-RGS |

### APPLICATION FOR ADMISSION *PRO HAC VICE* OF TERRENCE S. BUCHERT ON BEHALF OF DEFENDANT INERPACT, INC.

Pursuant to Local Rule 83.5.3(b), Jason W. Morgan, a member of the bar of this Court and counsel to Defendant Interpact, Inc. ("Interpact"), hereby moves for an order granting Terrence S. Buchert of the Law Offices of Terrence S. Buchert, P.A., in St. Petersburg, Florida, leave to appear and practice in this Court on behalf of Interpact in this matter.

As set forth in his accompanying affidavit, Mr. Buchert is a member of good standing of the bars of the State of Florida, the United States District Court for the Middle District of Florida, and the United States Court of Appeals for the Eleventh Circuit. No disciplinary proceedings are pending against Mr. Buchert in any jurisdiction. He is familiar with the local rules of this Court.

Mr. Buchert is counsel for Interpact, which has requested that he appear on its behalf. He is familiar with the current dispute between the parties and has been actively involved in negotiations between the parties in an effort to resolve this dispute.

WHEREFORE, Defendant Interpact, Inc., upon application by the undersigned counsel, respectfully requests that this Court allow this motion and grant leave for Terrence S. Buchert to appear and represent it in this matter.

Respectfully submitted,

Dated: May 4, 2004

_____
Jason W. Morgan (BBO #633802)
Drohan, Hughes, Hoffman & Tocchio, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043
(781) 749-7200

Counsel for Defendant

### CERTIFICATE OF SERVICE

I, Jason W. Morgan, hereby certify that on May, 4, 2004, I served a true and correct copy of the foregoing, by first class mail, to counsel for Plaintiff, Robert A. Bertsche, Esq., Prince, Lobel, Glovsky & Tye LLP, 585 Commercial Street, Boston, MA 02109.

_____
Jason W. Morgan