UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIS TRAINING INSTITUTE LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : Civil Action No. 04-10538-RGS <br> : <br> INTERPACT, INC., : <br> : <br> Defendant. : | |

## AFFIDAVIT OF WINN SCHWARTAU

I, Winn Schwartau, do hereby depose and state as follows:

1. I am over the age of eighteen years old. I submit this affidavit in support of the motion to dismiss, or, in the alternative, to transfer, filed by Defendant Interpact, Inc. ("Interpact"). Unless otherwise noted, the statements in this affidavit are based on my personal knowledge.

2. I am now, and at all times material to this matter have been, the President of Interpact, a Delaware corporation whose only office is located in Seminole, Florida. I am the only full-time employee of the business.

3. I am personally familiar with the facts involving the creation of the InfowarCon conferences and the joint venture between Interpact and MIS Training Institute LLC ("MIS") that produced them from 1998 through 2002.

4. I developed the concept for the "InfowarCon" conference several years before commencing the joint venture with MIS. Interpact then applied for and obtained the registered trademark for the name "InfowarCon".

5. I negotiated the written agreement for the joint venture (as an authorized representative of Interpact) with Michael Sobol, my good friend, who was at that time the CEO and President of MIS. The negotiations occurred largely on the telephone, but drafts of a written agreement were faxed to me.

6. I recall traveling to Massachusetts once on business associated with the InfowarCon joint venture. Michael Sobol also traveled at least once to Pinellas County, Florida on business associated with the InfowarCon joint venture.

7. I met in Orange County, Florida with various officers and employees of MIS regarding the InfowarCon conference on several occasions, including its then-CEO Lois Jacobson.

8. None of the actual InfowarCon conferences conducted by the joint venture took place in either Florida or Massachusetts.

9. Primarily, communication and development of the conferences was accomplished on the web and telephone, with face-to-face meetings either at the InfowarCon conferences themselves or at Florida locations for other MIS events.

10. The final InfowarCon conference that was required under the terms of the agreement took place in September 2002. At that point, the obligations that Michael Sobol and I had negotiated for our separate companies were completed. Exclusive control of the trademarked name "InfowarCon" then reverted back to Interpact.

2

11. I executed an agreement in October 2002 with Reed Exhibitions to sell the name "InfowarCon" and to assist in presenting InfowarCon conferences for the next twenty years, none of which were to take place (or, in fact, did take place) until 2003.

12. During the early months of 2003, I continued to have email and telephone conferences with various MIS employees, including Linda Burton, in attempts to resolve the issue of which company was entitled to continue to use the InfowarCon logo and trademark. I also communicated with her from my Pinellas County, Florida business location regarding my demand for return of the InfowarCon customer and lead list, which was jointly developed by both companies as part of the joint venture. That list was never returned to Interpact.

13. In the years that I have been associated with MIS, I am aware that it has conducted at least 20 conferences of various types in the state of Florida *each year*, usually in Orange County.

Signed this 11th day of June 2004 under the pains and penalties of perjury.

_____
Winn Schwartau

3