UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MIS TRAINING INSTITUTE, LLC,
Plaintiff,                          )
                                    )
                                    )
v.                                  )        C. A. No. 04-10538-RGS
                                    )
INTERPACT, INC.,                    )
Defendant.                          )

## STIPULATION AND AGREEMENT ON CONFIDENTIALITY

WHEREAS MIS Training Institute LLC ("MIS") and Interpact, Inc. ("Interpact") are engaged in the above-captioned litigation (the "Litigation"), in which Reed Exhibitions, a division of Reed Elsevier Inc. ("Reed") is not a party; and

WHEREAS MIS has served upon Reed a subpoena calling upon Reed to produce certain documents pertinent to the Litigation and to designate a representative of Reed to appear for a deposition and give testimony pertinent to the Litigation; and

WHEREAS Reed is willing to comply with the subpoena, subject to certain objections with respect to certain documents, further subject to the parties entering into this agreement concerning confidentiality and use of the materials and information produced, and without waiving objections relating to issues of time, place, and manner; and

WHEREAS Reed believes that much of the documentation and information that it intends to provide in response to the subpoena is confidential or proprietary; and

WHEREAS Reed and MIS wish to avoid the burdens and complications of designating certain information as confidential and other information as non-confidential; and

WHEREAS, respective counsel for Reed, MIS, and Interpact have the authority to bind their respective clients to this agreement;

NOW, THEREFORE, for good and valuable consideration, the sufficiency of which is mutually acknowledged, Reed, MIS, Interpact, and their respective, undersigned counsel hereby bind themselves contractually as follows, for themselves and their respective officers, directors, employees, agents, and colleagues, and ask the Court to enforce their obligations to abide by it:

1. Other than in the course of any depositions, motions, hearings, trials, appeals, or other judicial proceedings, no documents that Reed has provided or may subsequently provide to MIS or Interpact in this case; and no other information elicited in this case from any of Reed's agents will be revealed to any person other than the undersigned counsel, any of their colleagues and staff who are working on the Litigation or on *Interpact v. MIS Training Institute LLC*, No. 8:04-CV-799-T-27MAD (U.S.D.C., M.D. Fla.)(collectively, the "Two Litigations"), the current employees of MIS and Interpact and of their parent and affiliate companies who are directly involved in oversight and decision-making in connection with either or both of the Two Litigations, and any expert retained for purposes of either or both of the Two Litigations.

2. No such documents or information will be copied, disseminated, or used for any purpose whatsoever other than the preparation and prosecution or defense of either or both of the Two Litigations.

3. All copies of all such documents, deposition transcripts, and other information elicited from or produced by Reed in connection with the Litigation will be destroyed upon the final adjudication or other final resolution of the Two Litigations.

4. In the course of the discovery process, nothing herein will prevent Reed from invoking

any privileges or from seeking any further protection for its trade secrets and confidential information, whether by way of redaction, objection, motions to quash, motions for protective orders, or otherwise, and Reed, MIS, and Interpact reserve their respective rights in connection with any such actions.

5. Forthwith, counsel for MIS will submit this Stipulation and Agreement to the Federal District Court and request that it be entered as an Order of the Court. If the Court does not enter this Stipulation and Agreement as an Order of the court, the parties and their counsel will nevertheless be bound contractually to abide by it.

| | |
|---|---|
| MIS TRAINING INSTITUTE, INC.,<br>By its attorneys,<br><br>_/s/ Robert A. Bertsche_<br>Robert A. Bertsche, BBO NO. 554333<br>Prince, Lobel Glovsky & Tye LLP<br>585 Commercial Street<br>Boston, MA 02109<br>(617) 456-8018 | INTERPACT, INC.<br>By its attorneys,<br><br>_/s/ Jason W. Morgan_<br>Jason W. Morgan, BBO NO. 633802<br>Drohan, Hughes, Hoffman & Tocchio, P.C.<br>175 Derby Street<br>Hingham, MA 02043<br>(781) 749-7200 |

REED EXHIBITIONS, A DIVISION
OF REED ELSEVIER INC.,
By its attorneys,

_/s/ James B. Conroy_
James B. Conroy BBO NO. 096315
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
Boston, MA 02108

Dated: June 22, 2004

                                                                                                By the Court,