# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10538-RGS

MIS Training Institute LLC v. Interpact, Incorporated
Assigned to: Judge Richard G. Stearns
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2201 Declaratory Judgement

Date Filed: 03/17/04
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

-------------------------

**MIS Training Institute LLC**          represented by  **Jeffrey A. Dretler**
                                                       Prince, Lobel Glovsky & Tye LLP
                                                       585 Commercial Street
                                                       Boston, MA 02109
                                                       617-456-8130
                                                       Fax : 617-456-8100
                                                       Email: jadretler@plgt.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert A. Bertsche**
                                                       Prince, Lobel Glovsky & Tye LLP
                                                       585 Commercial Street
                                                       Boston, MA 02109
                                                       617-456-8018
                                                       Fax : 617-456-8100
                                                       Email: rbertsche@plgt.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

-------------------------

**Interpact, Incorporated**             represented by  **Terrence S. Buchert**
                                                       Law Firm of Terrence S. Buchert
                                                       67-7 First Avenue, S.
                                                       St. Petersburg, FL 33707
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jason W. Morgan**
                                                       Drohan, Hughes, Hoffman & Tocchio,

        P.C.
Suite 30
175 Derby Street
Hingham, MA 02043
781-749-7200
Fax : 781-740-4335
Email: jmorgan@dhhpc.com
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/17/2004 | 1 | COMPLAINT against Interpact, Incorporated Filing fee: $ 150, receipt number 54625, filed by MIS Training Institute LLC.(Flaherty, Elaine) (Entered: 03/18/2004) |
| 03/17/2004 | | Summons Issued as to Interpact, Incorporated. (Flaherty, Elaine) (Entered: 03/18/2004) |
| 03/17/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Flaherty, Elaine) (Entered: 03/18/2004) |
| 03/25/2004 | 2 | SUMMONS Returned Executed Interpact, Incorporated served on 3/17/2004, answer due 4/6/2004. (Flaherty, Elaine) (Entered: 04/07/2004) |
| 05/04/2004 | 3 | NOTICE of Appearance by Jason W. Morgan on behalf of Interpact, Incorporated (Morgan, Jason) (Entered: 05/04/2004) |
| 05/04/2004 | 4 | MOTION to Stay *Proceedings Pending Motion to Transfer in Another Jurisdiction* by Interpact, Incorporated.(Morgan, Jason) (Entered: 05/04/2004) |
| 05/06/2004 | 7 | MOTION for Leave to Appear Pro Hac Vice by T. Buchert Filing fee $ 50., receipt number 55744. by Interpact, Incorporated.(Flaherty, Elaine) (Entered: 05/24/2004) |
| 05/13/2004 | 5 | Opposition re 4 MOTION to Stay *Proceedings Pending Motion to Transfer in Another Jurisdiction* filed by MIS Training Institute LLC. (Bertsche, Robert) (Entered: 05/13/2004) |
| 05/18/2004 | 6 | REPLY to Response to Motion re 4 MOTION to Stay *Proceedings Pending Motion to Transfer in Another Jurisdiction* filed by Interpact, Incorporated. (Attachments: # 1 Exhibit A)(Morgan, Jason) (Entered: 05/18/2004) |
| | | |

| 05/24/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice Added Terrence S. Buchert for Interpact, Incorporated (Flaherty, Elaine) (Entered: 05/24/2004) |
|---|---|---|
| 05/26/2004 | 8 | REPLY to Response to Motion re 4 MOTION to Stay *Proceedings Pending Motion to Transfer in Another Jurisdiction Supplemental Filing* filed by Interpact, Incorporated. (Morgan, Jason) (Entered: 05/26/2004) |
| 05/28/2004 | | Judge Richard G. Stearns : Endorsed ORDER entered denying 4 Motion to Stay (Flaherty, Elaine) (Entered: 06/01/2004) |
| 06/11/2004 | 9 | MOTION to Dismiss , *Or, In the Alternative, to Transfer Venue to the Middle District of Florida* by Interpact, Incorporated.(Morgan, Jason) (Entered: 06/11/2004) |
| 06/11/2004 | 10 | MEMORANDUM in Support re 9 MOTION to Dismiss , *Or, In the Alternative, to Transfer Venue to the Middle District of Florida* filed by Interpact, Incorporated. (Morgan, Jason) (Entered: 06/11/2004) |
| 06/11/2004 | 11 | AFFIDAVIT in Support re 9 MOTION to Dismiss , *Or, In the Alternative, to Transfer Venue to the Middle District of Florida Affidavit of Winn Schwartau*. (Morgan, Jason) (Entered: 06/11/2004) |
| 06/11/2004 | 12 | AFFIDAVIT in Support re 9 MOTION to Dismiss , *Or, In the Alternative, to Transfer Venue to the Middle District of Florida Affidavit of Terrence S. Buchert*. (Morgan, Jason) (Entered: 06/11/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2004 13:28:28 | | | |
| PACER Login: | pl0230 | Client Code: | |
| Description: | Docket Report | Case Number: | 1:04-cv-10538-RGS |
| Billable Pages: | 2 | Cost: | 0.14 |

Docket as of June 16, 2004 0:24 am                          Web PACER (v2.4)

---

# U.S. District Court

## Middle District of Florida (Tampa)

### CIVIL DOCKET FOR CASE #: 04-CV-799

### Interpact, Inc. v. MIS Training

Filed: 04/14/04
Assigned to: Judge James D. Whittemore
Jury demand: Both
Demand: $15,000
Nature of Suit: 840
Lead Docket: None
Jurisdiction: Federal Question
Dkt # in State Court-3/19/04 : is 04-2212-CI-13
Cause: 15:1051 Trademark Infringement

---

```
INTERPACT, INC., a Delaware        Terrence Scott Buchert
corporation                        727/345-0171
     plaintiff                     [COR LD NTC]
                                   Law Office of Terrence S.
                                   Buchert
                                   P.O. Box 47121
                                   St. Petersburg, FL 33743
                                   727/302-0351

   v.

MIS TRAINING INSTITUTE, LLC, a     Andrew C. Greenberg
Delaware Limited Liability         [COR LD NTC]
Corporation                        Marty J. Solomon
     defendant                     813/229-4133
                                   [COR LD NTC]
                                   Carlton Fields, P.A.
                                   P.O. Box 3239
                                   Tampa, FL 33601-3239
                                   813/223-7000

                                   Robert A. Bertsche
                                   [COR LD NTC]
                                   Jeffrey Dretler
                                   [COR LD NTC]
                                   Prince, Lobel, Glovsky & Tye,
                                   LLP
                                   585 Commercial St.
                                   Boston, MA 02109-1024
```

```
                                  617/456-8000

=========================

MIS TRAINING INSTITUTE, LLC         Andrew C. Greenberg

     counter-claimant               [COR LD NTC]
                                    Marty J. Solomon
                                    813/229-4133
                                    [COR LD NTC]
                                    Carlton Fields, P.A.
                                    P.O. Box 3239
                                    Tampa, FL 33601-3239
                                    813/223-7000

                                    Robert A. Bertsche
                                    [COR LD NTC]
                                    Jeffrey Dretler
                                    [COR LD NTC]
                                    Prince, Lobel, Glovsky & Tye,
                                    LLP
                                    585 Commercial St.
                                    Boston, MA 02109-1024
                                    617/456-8000

-------------------------

INTERPACT, INC.                     Terrence Scott Buchert
     counter-defendant              727/345-0171
                                    [COR LD NTC]
                                    Law Office of Terrence S.
                                    Buchert
                                    P.O. Box 47121
                                    St. Petersburg, FL 33743
                                    727/302-0351
```

# DOCKET   PROCEEDINGS

DATE    #           DOCKET   ENTRY


4/14/04  1       NOTICE OF REMOVAL from the 6th Judicial Circuit in and for
                 Pinellas County, Florida, with state court record attached,
                 by MIS Training (State Court case no.: 04-2212-CI-13)
                 Filed in state court on 3/19/04. Filing fee $150.00.
                 Receipt # T026655. (bls)

4/14/04  --      MAGISTRATE JUDGE CASE ASSIGNMENT   Magistrate assigned:
                 Mark A. Pizzo (bls)

| | | | |
|---|---|---|---|
| 4/14/04 | 2 | | COMPLAINT filed in state court on 3/19/04; jury demand (bls) |
| 4/14/04 | -- | | DEADLINE updated; set answer due for 4/26/04 for MIS Training (bls) |
| 4/14/04 | -- | | Forwarded copy of complaint to Commissioner of Patents and Trademarks. (bls) |
| 4/20/04 | 3 | | UNOPPOSED MOTION with memorandum in support by MIS Training (unopposed) for extension of time to respond to complaint until 5/5/04 (bls) [Entry date 04/21/04] |
| 4/20/04 | 4 | | MOTION by MIS Training for Robert Bertsche to appear pro hac vice (bls) [Entry date 04/21/04] |
| 4/20/04 | 5 | | MOTION by MIS Training for Jeffrey Dretler to appear pro hac vice (bls) [Entry date 04/21/04] |
| 4/23/04 | 6 | | ORDER granting [5-1] motion for Jeffrey Dretler to appear pro hac vice, granting [4-1] motion for Robert Bertsche to appear pro hac vice ( Signed by Judge James D. Whittemore ) ctc (bls) [Entry date 04/26/04] |
| 4/23/04 | 7 | | ORDER granting [3-1] unopposed motion for extension of time to respond to complaint until 5/5/04 set answer due for 5/5/04 for MIS Training ( Signed by Judge James D. Whittemore ) ctc (bls) [Entry date 04/26/04] |
| 4/23/04 | 8 | | NOTICE of designation under Local Rule 3.05 - TRACK 2. (ctc) (bls) [Entry date 04/26/04] |
| 4/23/04 | 9 | | CASE MANAGEMENT NOTICE (bls) [Entry date 04/26/04] |
| 4/26/04 | 10 | | MOTION by MIS Training for leave to file amended notice of removal (proposed amended notice of removal attached) (bls) [Entry date 04/27/04] |
| 4/30/04 | 11 | | MOTION by MIS Training to transfer action to District of Massachusetts (bls) [Entry date 05/03/04] |
| 4/30/04 | 12 | | MEMORANDUM by MIS Training in support of [11-1] motion to transfer action to District of Massachusetts (bls) [Entry date 05/03/04] |
| 4/30/04 | 13 | | NOTICE of filing declarations by MIS Training (bls) [Entry date 05/03/04] |
| 4/30/04 | 14 | | DECLARATION of Robert A. Bertsche by MIS Training re: [11-1] motion to transfer action to District of Massachusetts (bls) [Entry date 05/03/04] |

| | | | |
|---|---|---|---|
| 4/30/04 | 15 | | DECLARATION of Linda Burton by MIS Training re: [11-1] motion to transfer action to District of Massachusetts (bls) [Entry date 05/03/04] |
| 5/3/04 | 16 | | NOTICE of designating lead attorney by MIS Training (bls) [Entry date 05/04/04] |
| 5/5/04 | 17 | | MOTION by MIS Training with memorandum in support to stay proceedings pending ruling on defendant's motion to transfer, (alternative) to enlarge time to answer (bls) [Entry date 05/06/04] |
| 5/10/04 | 18 | | ORDER granting [10-1] motion for leave to file amended notice of removal ( Signed by Judge James D. Whittemore ) ctc (bls) |
| 5/10/04 | 19 | | MEMORANDUM by Interpact, Inc. in opposition to [11-1] motion to transfer action to District of Massachusetts (bls) |
| 5/10/04 | 20 | | NOTICE of filing affidavits by Interpact, Inc. (bls) |
| 5/10/04 | 21 | | AFFIDAVIT of Winn Schwartau by Interpact, Inc. in opposition to [11-1] motion to transfer action to District of Massachusetts (bls) |
| 5/10/04 | 22 | | AFFIDAVIT of Terrence S. Buchert by Interpact, Inc. in opposition to [11-1] motion to transfer action to District of Massachusetts (bls) [Entry date 05/11/04] |
| 5/11/04 | 23 | | NOTICE of filing original signature pages of declarations by MIS Training (bls) [Entry date 05/12/04] |
| 5/12/04 | 24 | | ORDER denying [17-1] motion to stay proceedings pending ruling on defendant's motion to transfer, granting [17-2] alternative motion to enlarge time to answer set answer due for 5/26/04 for MIS Training ( Signed by Judge James D. Whittemore ) ctc (mrh) [Entry date 05/13/04] |
| 5/21/04 | 25 | | ANSWER to complaint; jury demand and COUNTERCLAIM by MIS Training against Interpact, Inc. (bls) [Entry date 06/10/04] |
| 6/4/04 | 26 | | MOTION by MIS Training with memorandum in support for evidentiary hearing on [11-1] motion to transfer action to District of Massachusetts (bls) [Entry date 06/06/04] |
| 6/4/04 | 26 | | REQUEST for oral argument by MIS Training re: [11-1] motion to transfer action to District of Massachusetts (bls) [Entry date 06/06/04] |
| 6/4/04 | 27 | | NOTICE of filing supplemental declaration by MIS Training |

| | | | |
|---|---|---|---|
| | | (bls) [Entry date 06/06/04] | |
| 6/4/04 | 28 | | SUPPLEMENTAL DECLARATION of Linda Burton by MIS Training in support of [11-1] motion to transfer action to District of Massachusetts (bls) [Entry date 06/06/04] |
| 6/4/04 | 29 | | ASSENTED-TO MOTION with memorandum in support by MIS Training (assented-to) for leave to file reply to plaintiff's opposition to motion to transfer (bls) [Entry date 06/06/04] |
| 6/4/04 | 30 | | REPLY by MIS Training to response to [11-1] motion to transfer action to District of Massachusetts (bls) [Entry date 06/06/04] |
| 6/10/04 | 31 | | ORDER denying [26-1] oral argument request, denying [26-1] motion for evidentiary hearing on [11-1] motion to transfer action to District of Massachusetts ( Signed by Judge James D. Whittemore ) ctc (bls) |
| 6/10/04 | 32 | | ORDER granting in part [29-1] assented-to motion for leave to file reply to plaintiff's opposition to motion to transfer ( Signed by Judge James D. Whittemore ) ctc (bls) |
| 6/10/04 | 33 | | REPLY to affirmative defenses by Interpact, Inc. (bls) |
| 6/10/04 | 34 | | ANSWER by Interpact, Inc. to [25-2] counter claim (bls) |
| 6/14/04 | 35 | | REPLY by MIS Training to response to [11-1] motion to transfer action to District of Massachusetts (rjc) [Entry date 06/15/04] |

Case Flags:
MAP

END OF DOCKET: 8:04cv799

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2004 16:48:47 | | | |
| PACER Login: | pl0230 | Client Code: | |
| Description: | docket report | Search Criteria: | 8:04cv00799 |