







Financial Institutions and Associations

The Banking Association
Electronic Funds Transfer Associations
Cooper's and Lybrand
International Banking and Information Security Conference

US Government

Naval Postgraduate School
FBI
CIA
JWAC
Federal Law Enforcement Training Center
US Air Force Academy
Aerospace Industries Association
Military Intelligence

International Governments and Organizations

Swedish Government
Dutch Police
SCIP France
IIIR Australia



