UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MIS TRAINING INSTITUTE LLC,

Plaintiff,

v.

INTERPACT, INC.,

Defendant.

C.A. No. 04-10538-RGS

**PLAINTIFF'S SUPPLEMENTAL FILING IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF FLORIDA**

Plaintiff MIS Training Institute LLC ("MIS Training") hereby supplements its Opposition, filed on June 29, 2004, to Defendant's Motion to Dismiss, in order to apprise this Court of a relevant Order received on the morning of June 30, 2004, from the United States District Court for the Middle District of Florida (the "Florida Court"), dated June 28, 2004. A copy of the Order (dated June 28, 2004) is attached hereto.

By the Order, the Florida Court has administratively closed the Florida Action[1] and stayed that case until such time as this Court rules on Interpact's pending Motion to Dismiss. The Florida Court's Order notes that it "appears" that the first-filed presumption is applicable,

---

[1] The "Florida Action" refers to Interpact, Inc. v. MIS Training Institute LLC, C.A. No. 8:04-CV-0799-T-27MAP (M.D. Fla.).

and that "private and public factors weigh in favor of finding that Massachusetts is the most convenient forum to resolve the parties' dispute." (Order, at nn. 1, 3.)

The Florida Order strongly suggests that if this Court finds that it can exercise personal jurisdiction over Interpact in this matter, then transfer of the Florida Action to this Court (where it could be consolidated with this action in Massachusetts) will be appropriate. That suggestion weighs heavily in favor of this Court denying Interpact's motion to transfer this action to Florida.

Respectfully submitted,

MIS TRAINING INSTITUTE LLC

By its attorneys,

_____
Robert A. Bertsche, BBO# 555433
Jeffrey A. Dretler, BBO# 558953
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

July 2, 2004