UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MIS TRAINING INSTITTE, LLC

    V.        CIVIL ACTION NO. 04-10538-RGS

INTERPACT, INC.

# NOTICE OF HEARING

STEARNS, DJ.            JULY 15, 2004

 A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

WEDNESDAY, AUGUST 25, 2004 AT 2:00 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

 SO ORDERED.

          RICHARD G. STEARNS
          UNITED STATES DISTRICT JUDGE

    BY:

      /s/ Mary H. Johnson
      Deputy Clerk

*To Be Heard:   Deft's Motion to Dismiss or in the Alternative to Transfer Venue to the Middle District of Florida