UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIS TRAINING INSTITUTE, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERPACT, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-10538-RGS |

ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO COUNTERCLAIMS

Plaintiff and counterclaim defendant, MIS Training Institute LLC, hereby moves to extend the time within which it may answer or otherwise respond to the defendant's counterclaims up to and including October 22, 2004.

**The defendant, through its attorney, has assented to this motion.**

As grounds for this motion, the plaintiff states as follows:

1. Additional time is required in order to finalize the response to the Counterclaims.

2. Because of the work schedule of counsel, the plaintiff requires additional time up to and including October 22, 2004, to respond.

3. Counsel to the defendant has assented to this motion.

WHEREFORE, the plaintiff requests up to and including October 22, 2004 to answer or otherwise respond to the defendant's Counterclaims.

        MIS TRAINING INSTITUTE LLC.

        By its attorneys,

        /s/ Robert A. Bertsche
        Robert A. Bertsche, BBO #554333
        Jeffrey A. Dretler, BBO#558953
        Amy E. Serino, BBO#643664
        PRINCE, LOBEL, GLOVSKY & TYE LLP
        585 Commercial Street
        Boston, MA  02109
        (617) 456-8000

Assented to:

INTERPACT, INC.

By its attorneys,

/s/ Jason W. Morgan
Jason W. Morgan, BBO#633802
DROHAN, HUGHES, HOFFMAN & TOCCHIO, P.C.
175 Derby Street, Suite 30
Hingham, MA   02043
(781) 749-7200

/s/ Terrence S. Buchert
Terrence S. Buchert (pro hac vice)
P.O. Box 47121
St. Petersburg, FL   33743
(727) 302-0351

Dated:  October 15, 2004

Local Rule 7.1(A)(2) Certificate

      I hereby certify that I conferred with counsel for the defendant prior to filing this motion and attempted in good faith to resolve or narrow the issues addressed herein.  Counsel for the defendant has assented to this motion.

      /s/ Amy E. Serino
      Amy E. Serino


Certificate of Service

      I hereby certify that on October 15, 2004, I served the a true and correct copy of the foregoing by first class mail to counsel for the defendant, Jason W. Morgan, Esq., Drohan, Hughes, Hoffman & Tocchio, P.C., 175 Derby Street, Suite 30, Hingham, MA 02043, and Terrence S. Buchert, Esq., P.O. Box 47121, St. Petersburg, FL 33743.

      /s/ Amy E. Serino
      Amy E. Serino