UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIS TRAINING INSTITUTE, LLC, ) <br> ) <br>     Plaintiff and Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> INTERPACT, INC., ) <br> ) <br>     Defendant and Counterclaim Plaintiff. ) <br> ) | CIVIL ACTION NO. 04-10538-RGS |

JOINT MOTION TO POSTPONE RULE 16(B) CONFERENCE

MIS Training Institute, Inc. ("MIS Training"), plaintiff and counterclaim defendant, and Interpact, Inc. ("Interpact"), defendant and counterclaim plaintiff, hereby jointly move to postpone the Fed. R. Civ. P. 16(b) Scheduling Conference presently scheduled for October 27, 2004 at 4:00 p.m., and request that this Court re-schedule such conference for a date and time convenient to the Court during the week of November 29, 2004.  As further grounds for this motion, the parties state as follows.

    1.    On March 17, 2004, MIS Training filed the Complaint in this action seeking declaratory relief concerning, <u>inter alia</u>, Interpact's allegations of trademark infringement.

    2.    On September 17, 2004, following this Court's denial of Interpact's motion to dismiss and/or motion to transfer, Interpact filed its Answer and Counterclaims.  MIS Training has filed an assented to motion to extend the time for responding to Interpact's counterclaims up to and including October 22, 2004, which motion is pending before this Court.

    3.    The parties are presently engaged in the conduct of discovery.  Both parties have served their initial disclosures.  MIS Training has served interrogatories and document requests, to which Interpact is in the process of responding; and Interpact has served interrogatories,

document requests, and requests for admission, to which MIS Training is in the process of responding. MIS Training also has served a subpoena on a third party, Reed Exhibitions, which has produced certain documents in response thereto.

4. This Court has ordered the parties to appear for a Fed. R. Civ. P. 16(b) Scheduling Conference on October 27, 2004. Given the present posture of this case, where MIS Training is in the process of responding to Interpact's counterclaims, and both parties are actively engaged in responding to discovery, the parties respectfully submit that they will be in a better position to confer with the Court regarding a pre-trial discovery and motion schedule after some of the presently pending discovery is completed. A conference with the Court at that time will better serve the interests of justice and contribute to a more efficient consideration of the issues in dispute.

WHEREFORE, the parties jointly request that this Court postpone the Rule 16(b) Conference presently scheduled for October 27, 2004, and reschedule it for a date and time convenient to the Court during the week of November 29, 2004.

Respectfully submitted,

| | |
|---|---|
| MIS TRAINING INSTITUTE LLC. | INTERPACT, INC. |
| By its attorneys, | By its attorneys, |
| /s/ Jeffrey A. Dretler | /s/ Jason W. Morgan |
| Robert A. Bertsche, BBO #554333 | Jason W. Morgan, BBO #633802 |
| Jeffrey A. Dretler, BBO #558953 | DROHAN, HUGHES, HOFFMAN & TOCCHIO, P.C. |
| Amy E. Serino, BBO #643664 | 175 Derby Street, Suite 30 |
| PRINCE, LOBEL, GLOVSKY & TYE LLP | Hingham, MA  02043 |
| 585 Commercial Street | (781) 749-7200 |
| Boston, MA  02109 | |
| (617) 456-8000 | |

Dated:  October 18, 2004