FINAL

**MIS Training Institute, Inc. (MIS)**
**And InterPact Inc. (IP)**

**InfoWarCon Conferences US and Europe**

MIS Training Institute (MIS) and InterPact (IP) will form a joint venture to produce a series of InfoWarCon conferences in the United States and Europe. All of the following arrangements are agreed upon by Michael I. Sobol, President of MIS Training Institute and Winn Schwartau, President of InterPact, Inc.

**Contract Length**

The term of this contract is five years, 1998, 1999, 2000, 2001 and 2002. This contract has an option to extend for an additional five years, pending the agreement of both parties. Any other strategic alliances that are formed between MIS and IP will be covered under a separate contractual agreement. It is anticipated that MIS and IP will co-produce other InfoWarCons in other places throughout the world.

**Name**

The name InfoWarCon will be registered with the Patent and Trade Mark Office within 10 days of the signing of this contract and the rights to use that name will be assigned to MIS as part of this contract.

**Finance**

MIS will produce, at its discretion, at least 2 InfoWarCon conferences a year (one in the USA and one in Europe). MIS will be responsible for the marketing and production of these conferences and IP will be responsible for the conference program and content. Neither organization will incur or commit the other to incur any expenses without the approval of the other's designee. A budget will be prepared by MIS, for which IP will provide the budget for speakers, and approved by each party. MIS or IP may incur expenses that it intends to pay for, so long as these expenses are not to be reimbursed by the joint venture.

MIS will advance costs for brochure marketing and pay all other conference-related expenses including speakers fees (if any) and speaker expenses (if any), hotel, food, audiovisual, etc. out of conference proceeds.

Net profit from attendee, vendor and other revenue directly derived from these events will be split 80% MIS and 20% IP. Profit share check will be issued to IP no later than 30 days after all

1

12/3/97

revenues are collected and expenses paid. If requested, the financial records will be made available for auditing.

Losses, should they occur, would be shared 80% (MIS) and 20% (IP).

In addition, MIS will pay to IP $25,000 upon signing of this agreement and $25,000 upon receipt of the following from IP: all available hard copy and/or electronic copy of materials from previous conferences; complete speaker contact and subject information from the previous conferences; and all lists, including but not limited to InfoWarCon attendee lists (at least 4), vendor lists, media lists, electronic lists, and business cards.

## Program Content

IP will select and submit to MIS for advice and consent the focus, objectives, topics, speakers and other factors that determine the overall content of the conference program. MIS will have final approval of program content.

## Program Booking and Speaker Materials

IP is responsible for booking speakers for the programs and upon doing so will provide to MIS a complete list of the speakers, their companies, titles, phone, fax, and email numbers. IP will provide promotional copy to MIS by 22 weeks prior to the conference. MIS will confirm to speakers, in writing, information on hotel and expenses, and requirements for promotional copy, biographies and handout materials. MIS will be responsible for notebook preparation.

## Hotel Management

MIS will make all hotel arrangements, including food and beverage, meeting rooms, speaker ready/breakfast room(s), conference office, registration area, break area, audiovisual equipment and set-up, and a block of sleeping rooms. MIS will make hotel arrangements for speakers, and others, if any, whom IP and MIS have agreed to host.

## Registration

MIS will be responsible for all registration administration, including confirmation letters, invoicing and receipt of registration fees. Details of how to register will be included in the conference brochure and on any promotional materials so that attendees will know what is expected of them when registering.

## Promotion

MIS will design, produce, market and supervise mailing of the conference brochures. IP will specify any additional quantity needs to MIS and provide any additional mail lists or prospect contacts to MIS for the distribution of the conference brochure. MIS and IP will arrange for

suitable publicity via press releases and web sites. Costs, if any, for such publicity must be approved by both parties.

## Exhibits

MIS will be responsible for exhibit sales and management. MIS and IP will have free booths in the exhibit hall.

## Conference Materials

MIS will prepare the conference participants' handout material, including a program schedule, session handouts and evaluation form. MIS will design and prepare nametags with both organizations' logos. MIS will provide conference binders, and other collateral material for the registration area, podium, and head table and session rooms. MIS and IP will each have a table to display their products and services. MIS will provide session signs and directional signs (if necessary).

## On-Site

MIS will take on-site registrations. MIS will manage the administration of all sessions, lunches, breaks, morning coffee/breakfasts, evening reception and special equipment or services rendered.

## Cancellation

Should IP not complete this five-year arrangement, MIS will have the right to the name InfoWarCon and to continue these events on its own.

## Exclusivity Clause

Once engaged in this contract, neither MIS nor IP may enter into contractual agreements regarding this InfoWarCon conference with other parties that would pose a competitive threat to either organization or to the conference. MIS and IP may enter into contractual agreements with other parties that do not compete with these InfoWarCon conferences.

For MIS

_____ 12/3/97
Michael Sobol          Date
President

For IP

_____ 12/3/97
Winn Schwartau         Date
President

3