

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Oct 21 04:43:32 EDT 2004*

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | INFOWARCON |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Educational seminars, namely, seminars aimed at protecting information and computer systems against crime, unauthorized access or use and industrial espionage. FIRST USE: 19930915. FIRST USE IN COMMERCE: 19930915 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75456710 |
| **Filing Date** | March 26, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 16, 1999 |
| **Registration Number** | 2244642 |
| **Registration Date** | May 11, 1999 |
| **Owner** | (REGISTRANT) INTERPACT, INC. CORPORATION DELAWARE 11511 Pine Street Seminole FLORIDA 33772 |
| **Attorney of Record** | GORDON E R TROY |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |