UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIS TRAINING INSTITUTE LLC,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>INTERPACT, INC.,<br><br>Defendant and Counterclaim Plaintiff. | Civ. Action No. 04-10538-RGS |

MIS TRAINING INSTITUTE LLC'S
MOTION TO DISMISS COUNTS III AND IV
OF INTERPACT, INC.'S AMENDED COUNTERCLAIMS
(Oral Argument Requested)

MIS Training Institute LLC ("MIS Training"), as plaintiff and counterclaim defendant, hereby moves to dismiss Counts III and IV of the Amended Counterclaims filed by Interpact, Inc. ("Interpact").[1]

1. Counts III and IV must be dismissed because they fail to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). Although they purport to allege breach of contract and breach of the implied covenant of good faith and fair dealing, in fact Counts III and IV both seek to impose obligations that were never a part of the contract pursuant to which Interpact claims to assert its rights.

2. Counts III and IV should also be dismissed because Interpact did not first seek leave to file these omitted counterclaims, in violation of Fed. R. Civ. P. 13(f). Amendment now would be futile because, as stated above, the counts fail to state an actionable claim.

---

[1] By filing its "Amended Counterclaims" (Dkt. No. 29) on October 26, 2004, Interpact has voluntarily dismissed the claims for state and federal trademark dilution, conversion, and violation of the Florida consumer protection statute that had been set forth in the Answer and Counterclaims Interpact first filed on September 17. Those four claims had been the subject of MIS Training's now-superseded Motion to Dismiss Certain of Interpact, Inc.'s Counterclaims (Dkt. No. 26).

In further support of this motion to dismiss, MIS Training submits the accompanying memorandum of law.

WHEREFORE, MIS Training requests that this Court dismiss Counts III and IV of Interpact's Amended Counterclaims.

Respectfully submitted,

MIS TRAINING INSTITUTE LLC

By its attorneys,

Dated: November 5, 2004

_____
Robert A. Bertsche, BBO #554333
Jeffrey A. Dretler, BBO #558953
Amy E. Serino, BBO #643664
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

**Local Rule 7.1(A)(2) Certificate**

I hereby certify that on November 1, 2004, I conferred with counsel for the defendant, Jason Morgan, by telephonic conference and attempted in good faith to resolve or narrow the issues addressed herein.

_____
Robert A. Bertsche