UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MIS TRAINING INSTITUTE LLC, | : | |
| Plaintiff and Counterclaim Defendant, | : | |
| v. | : | Civil Action No. 04-10538-RGS |
| INTERPACT, INC., | : | |
| Defendant and Counterclaim Plaintiff. | : | |

## NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF COUNTS III AND IV OF INTERPACT, INC.'S COUNTERCLAIMS

In accordance with Fed. R. Civ. P. 41(a)(1)(i), Defendant and Counterclaim Plaintiff Interpact, Inc. ("Interpact") hereby submits this notice of dismissal, without prejudice, of Counts III and IV of its counterclaims. Plaintiff and Counterclaim Defendant MIS Training Institute LLC ("MIS") has not yet served an answer or a motion for summary judgment as to those counts. The dismissal of Counts III and IV of the counterclaims is without prejudice.

Respectfully submitted,

Dated: November 11, 2004

/s/ Jason W. Morgan
Jason W. Morgan (BBO #633802)
Drohan, Hughes, Hoffman & Tocchio, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043
(781) 749-7200

Terrence S. Buchert (*pro hac vice*)
P.O. Box 47121
St. Petersburg, FL 33743
(727) 302-0351

*Attorneys for Defendant and Counterclaim Plaintiff Interpact, Inc.*

**CERTIFICATE OF SERVICE**

    I, Jason W. Morgan, hereby certify that, on November 11, 2004, I served a true and correct copy of the foregoing, by first class mail, to counsel for Plaintiff, Robert A. Bertsche, Esq., Prince, Lobel, Glovsky & Tye LLP, 585 Commercial Street, Boston, MA 02109.

                                    /s/ Jason W. Morgan
                                    Jason W. Morgan