UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIS TRAINING INSTITUTE LLC,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>INTERPACT, INC.,<br><br>Defendant and Counterclaim Plaintiff. | Civ. Action No. 04-10538-RGS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the plaintiff and counterclaim defendant, MIS Training Institute LLC. Robert A. Bertsche and Jeffrey A. Dretler remain as counsel of record for this party.

November 11, 2004

_____
Amy E. Serino, BBO #643664
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA  02109
(617) 456-8000