UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MIS TRAINING INSTITUTE LLC,

Plaintiff and Counterclaim Defendant,

v.

INTERPACT, INC.,

Defendant and Counterclaim Plaintiff.

Civ. Action No. 04-10538-RGS

## LOCAL RULE 16.1(D) JOINT STATEMENT

Pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference, the parties have conferred and jointly propose the following joint statement:

**I.   Discovery Plan and Dispositive Motion Schedule**

The parties have agreed to the following discovery plan and proposed schedule for the filing of motions:

1. Fact discovery completed by June 15, 2005;

2. Expert reports served by August 31, 2005;

3. Rebuttal expert reports served by September 30, 2005;

4. Expert discovery completed by November 30, 2005;

5. Requests for admission served by December 15, 2005;

6. Dispositive motions filed on or before February 28, 2006;

**II.  Trial By Magistrate Judge**

The parties do not consent to trial by a magistrate judge.

III.  **Local Rule 16.1(D)(3) Certifications**

Plaintiff MIS Training Institute LLC's certification required by Local Rule 16.1(D)(3) is filed separately herewith. Defendant Interpact, Inc.'s certification will be filed independently.

| MIS TRAINING INSTITUTE LLC | INTERPACT, INC. |
|---|---|
| By its attorneys, | By its attorney, |
| /s/ Robert A. Bertsche | /s/ Jason W. Morgan (RAB) |
| Robert A. Bertsche, BBO #554333 | Jason W. Morgan, BBO #633802 |
| Jeffrey A. Dretler, BBO #558953 | DROHAN, HUGHES, HOFFMAN & TOCCHIO, P. |
| Amy E. Serino, BBO #643664 | 175 Derby Street, Suite 30 |
| PRINCE, LOBEL, GLOVSKY & TYE LLP | Hingham, MA  02043 |
| 585 Commercial Street | (781) 749-7200 |
| Boston, MA  02109 | |
| (617) 456-8000 | |

Dated:   November 23, 2004