UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIS TRAINING INSTITUTE LLC,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>INTERPACT, INC.,<br><br>Defendant and Counterclaim Plaintiff. | Civ. Action No. 04-10538-RGS |

## LOCAL RULE 16.1(D) CERTIFICATE

PLEASE TAKE NOTICE THAT the undersigned party to this action, and its counsel, hereby certify pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

(a) they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

MIS TRAINING INSTITUTE LLC,

By: Linda Burton
Title: President/CEO

Robert A. Bertsche, BBO #55433
Jeffrey A. Dretler, BBO #558953
Amy E. Serino, BBO #643664
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
617-456-8000

Dated: November 16, 2004