UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIS TRAINING INSTITUTE LLC,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>INTERPACT, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No. 04-10538-RGS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF INTERPACT, INC.

    Pursuant to Local Rule 16.1(D)(3), Interpact, Inc. and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

    Respectfully submitted,

Dated:  November 29, 2004

/s/  Jason W. Morgan
Jason W. Morgan (BBO #633802)
Drohan, Hughes, Hoffman & Tocchio, P.C.
175 Derby Street, Suite 30
Hingham, MA  02043
(781) 749-7200

Terrence S. Buchert (*pro hac vice*)
P.O. Box 47121
St. Petersburg, FL 33743
(727) 302-0351

*Attorneys for Defendant and Counterclaim Plaintiff Interpact, Inc.*

/s/ Winn Schwartau
Winn L. Schwartau
President of Interpact, Inc.

## **CERTIFICATE OF SERVICE**

    I, Jason W. Morgan, hereby certify that, on November 29, 2004, I served a true and correct copy of the foregoing, by regular mail, to counsel for Plaintiff, Robert A. Bertsche, Esq., Prince, Lobel, Glovsky & Tye LLP, 585 Commercial Street, Boston, MA 02109.

                                                                                            _____
                                                                                            Jason W. Morgan