UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MIS TRAINING INSTITUTE LLC,**<br><br>**Plaintiff and Counterclaim Defendant,**<br><br>v.<br><br>**INTERPACT, INC.,**<br><br>**Defendant and Counterclaim Plaintiff.** | Civ. Action No. 04-10538-RGS |

## STIPULATION OF DISMISSAL

The parties stipulate that all claims and counterclaims in this action shall be dismissed with prejudice and without costs, each party waiving all rights of appeal and bearing its own attorney's fees.

| MIS TRAINING INSTITUTE LLC | INTERPACT, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ Amy E. Serino* | */s/ Jason W. Morgan by AES w/ auth* |
| Robert A. Bertsche, BBO# 555433<br>Jeffrey A. Dretler, BBO# 558953<br>Amy E. Serino, BBO# 643664<br>PRINCE, LOBEL, GLOVSKY & TYE LLP<br>585 Commercial Street<br>Boston, MA  02109<br>(617) 456-8100 | Jason W. Morgan, BBO# 633802<br>DROHAN, HUGHES, HOFFMAN &<br>  TOCCHIO, P.C.<br>175 Derby Street, Suite 30<br>Hingham, MA  02043<br>(781) 749-7200 |

Dated: December 17, 2004